UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
JUN 20 2013
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:12CR131

JOSHUA BRANDON PILLAULT

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to plead guilty under oath to Count Two of the Indictment, which charges communication of a threat in interstate and foreign commerce, to use pipe bombs and Molotov cocktails in an attack on Oxford High School, in violation of Title 18, United States Code, Section 844(e), which carries maximum possible penalties of 10 years imprisonment, $250,000 fine, 3 years supervised release, and a special assessment of $100.

2. OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss Count One of the Indictment.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or

administrative actions or remedies.

4. ACKNOWLEDGMENTS: No Other Agreements; Defendant Is in Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea(s) of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the 20 day of June, 2013.

FELICIA C. ADAMS
United States Attorney
by: John M. [signature]
Assistant U.S. Attorney

AGREED AND CONSENTED TO:

APPROVED:

_____
JOSHUA BRANDON PILLAULT

_____
LEROY D. PERCY
Attorney for Defendant
Mississippi Bar No. 10454